UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

JANET M. FREDERICK,

    Defendant.

Case No. 10-11294
Hon: AVERN COHN

_____/

## **ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**[1]

This is a student loan case. In 1995, defendant obtained a loan in the principle amount of $63,501.80 at a 9% interest rate. Defendant defaulted on the loan in April 2001. In 2010, plaintiff sued to obtain judgment on the debt, which plaintiff now says is $162,340.69. Defendant, who is proceeding pro se, filed an answer and affirmative defenses. On April 19, 2010, plaintiff served defendant with Interrogatories, Requests for Production and Requests to Admit. Defendant did not timely respond.

On June 1, 2010, plaintiff filed the instant motion for summary judgment. Plaintiff says that summary judgment is appropriate under Fed. R. Civ. P. 37 based on defendant's failure to respond to the requests to admit and under Fed. R. Civ. P. 56 because the evidence, particularly the Certificate of Indebtedness, conclusively establishes defendant's obligation.

Defendant has not responded to the motion.[2] The Court has reviewed plaintiff's

---

[1]The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f)(2).

[2]On June 2, 2010, the Court issued an Order Requiring Responsive Pleading, requiring defendant to file a response to the summary judgment motion on or before

motion and supporting exhibits and finds it to be well-taken.  Accordingly, for the reasons stated in plaintiff's brief, plaintiff's motion for summary judgment is GRANTED. Plaintiff shall submit a proposed final judgment within ten (10) days.

    SO ORDERED.

                                S/Avern Cohn
                                AVERN COHN
                                UNITED STATES DISTRICT JUDGE

Dated:  August 17, 2010

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 17, 2010, by electronic and/or ordinary mail.

                                S/Deborah R. Tofil
                                Relief Case Manager, (313) 234-5160

---

July 9, 2010.  To date, no response has been filed.